UNITED STATES DISTRICT COURT
District of Minnesota

CR 21-027 PAM/KMM

UNITED STATES OF AMERICA,        **INDICTMENT**

    Plaintiff,        18 U.S.C. § 875(c)

v.

ROBERT JASON KARIMI,

    Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Interstate Transmission of a Threat to Injure the Person of Another)

On or about January 11, 2021, in the State and District of Minnesota, the defendant,

**ROBERT JASON KARIMI,**

knowingly and willfully did transmit in interstate or foreign commerce a communication, specifically, a phone call to Victim A, and the communication contained a threat to injure the person of another, to wit, Victim A, a United States Congressional Representative, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____       _____
**UNITED STATES ATTORNEY**       **FOREPERSON**

SCANNED
FEB 09 2021
U.S. DISTRICT COURT MPLS