UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | No. 21-cr-27-PAM-KMM |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Jason Robert Karimi, | |
| Defendant. | |

---

This matter is before the Court on Mr. Karimi's motion for a two-week continuance of the March 9, 2021 deadline for filing pretrial motions. ECF 22. Mr. Karimi and his counsel seek additional time to review the discovery and determine which motions to file. Mr. Karimi has been out of the state, with the permission of his supervising Probation Officer, and only recently obtained access to the discovery materials. For these reasons, the Court finds good cause to extend the motion-filing deadline and to adjust other related deadlines in this matter accordingly. Further, based on the same facts represented in the motion, the Court concludes that the period of this continuance should be excluded from the computation of Speedy Trial Act deadlines in this matter pursuant to 18 U.S.C. § 3161(h)(7)(A) because the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The deadline for filing motions in this matter is extended to March 23, 2021. The Defendant must also file a letter on or before March 23, 2021, indicating whether or not he consents to a hearing by videoconference.

2. The government's response to motions and notice of intent to call witnesses are due by April 5, 2021. The Defendant's notice of intent to call witnesses is also due by April 5, 2021.

3. The currently scheduled April 7, 2021 motions hearing remains scheduled for 1:00 PM, to be held by videoconference, before United States Magistrate Judge

Katherine Menendez. The parties are reminded that this date may be rescheduled if Mr. Karimi chooses to exercise his right to an in-person motions hearing.

4. The time from March 9, 2021 through March 23, 2021, is excluded from the Speedy Trial Act computations in this case pursuant to 18 U.S.C. § 3161(h)(7)(A).

Date: March 10, 2021

                                                        *s/Katherine Menendez*
                                                        Katherine Menendez
                                                        United States Magistrate Judge