# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                    No. 21-CR-27-PAM-KMM

　　　　　Plaintiff,

v.                                                                **ORDER**

JASON ROBERT BURHAM KARIMI,

　　　　　Defendant.

---

　　　　This matter is before the Court on Jason Karimi's Motion to Exercise Religious Tenet. ECF No. 29. Mr. Karimi is a member of the Rastafari religion and requests that he be allowed to wear a religious head covering during future court appearances. The head covering at issue is a Tam, which he describes as "a loose-fitting, colorful hat that Mr. Karimi wears as part of his spiritual, personal religious beliefs tied to Rastafarianism." *Id.* at 2. The government does not object to the motion. ECF No. 32.

　　　　Based on the motion and the absence of any objection from the government, the motion is **GRANTED**. Accordingly, Mr. Karimi will be allowed to wear a religious head covering during the upcoming motions hearing scheduled for May 4, 2021, and any other Court appearances before the undersigned.[1]

Date: April 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　*s/Katherine Menendez*
　　　　　　　　　　　　　　　　　　　　　　　Katherine Menendez
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1]　　Although Mr. Karimi's motion may be read to request permission to wear a Tam at all future in-person court proceedings, the request to wear a head covering in any appearance before a different judge should be presented to that judicial officer, including the District Judge assigned to this case.