# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 21-CR-27 (PAM/LIB) |
| **JASON ROBERT BURHAM KARIMI**, Defendant. | Date: Wednesday, September 8, 2021 |
| | Court Reporter: Renee Rogge |
| | Courthouse: Saint Paul |
| | Courtroom: Via Electronic Means |
| | Time Commenced: 3:30 p.m. |
| | Time Concluded: 3:50 p.m. |
| | Sealed Hearing Time: N/A |
| | Time in Court: Twenty (20) Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Paul A. Magnuson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:

    For Plaintiff: David Steinkamp, United States Attorney's Office
    For Defendant: Shannon Elkins, PDA, Office of the Federal Defender

**PROCEEDINGS**:

√ Defendant agreed to proceed by video conference for this Change of Plea hearing. This hearing was conducted via Zoom videoconference. A public notice was placed on the Court Calendar which invited the public to contact chambers for dial-in information.

√ Change of Plea Hearing.

√ PLEA:
    √ Guilty as to Count One (1) of the Indictment: Threatening Interstate Communications, 18 U.S.C. Section 875(c).

√ Presentence Investigation and Report requested.

√ Bond Continued.

√ Sentencing will be scheduled at a future time before Judge Paul A. Magnuson.

Dated: Wednesday, September 8, 2021

                                                                                              *s/Lynn L. Magee*
                                                                                              Courtroom Deputy to
                                                                                               The Hon. Paul A. Magnuson